# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RICKY ROULHAC

vs    Case No.5:09cv56-MCR/MD

WALTER A MCNEIL

### ORDER

Your document, **Motion for Extension of Time**, received by the clerk's office on 2/17/2010 was referred to the undersigned with the following deficiencies:

> The document does not have a proper signature block. The typed or printed name and address (including the inmate identification number) of the party filing the document must be included in the signature block. An original signature must be affixed to any document which is filed in paper form. N.D. Fla. Loc. R. 5.1(B)(5).
>
> The certificate of service is not signed. N.D. Fla. Loc. R. 5.1(D).
>
> The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

XX    The document shall be docketed in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

XX    It is noted that the signature block on petitioner's certificate of service lists his address as Bay Correctional Facility, which is not petitioner's address of record. The clerk shall change the docket to reflect this new address; however, petitioner is warned that in the future he must notify the court (and counsel for respondent) of any change of address by filing a written notice of change of address.

DONE and ORDERED this 19th day of FEBRUARY, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**